IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19 B 02929 |
| | ) | |
| Vivacqua, Elio, | ) | Chapter 13 |
| | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date: 4/13/2021 at 9:30 AM |

**NOTICE OF MOTION**

TO:   **Tom Vaughn**, Chapter 13 Trustee (via CM/ECF)
     **Joseph Olstein**, Attorney for Debtor (via CM/ECF)

PLEASE TAKE NOTICE that on April 13 at 9:30 a.m.., I will appear before the Honorable Carol A Doyle, or any judge sitting in that judge's place, and present the motion of , ALSJ, Inc. for **RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY and TO SHORTEN NOTICE**

**This motion will be presented and heard electronically using Zoom for Government.**
No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:
**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.
**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.
**Meeting ID and password.** The meeting ID for this hearing is 161 155 8289 and the password is Doyle742. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

ALSJ, INC.

By:  Helena Milman, Esq.
O'KEEFE, RIVERA & BERK, LLC
55 W Wacker Drive, Ste 1400
Chicago IL 60601
hmilman@orb-legal.com
312/758-1121

**CERTIFICATE OF SERVICE**

    The undersigned attorney, hereby certifies that she has served a copy of the foregoing Notice and document to which it refers upon the parties listed above, according to the method listed above, by electronic notice accomplished through the Court's CM/ECF system, on the 8th day of April, 2021.

/s/ Helena Milman

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Bankruptcy No. 19 B 02929 |
| | ) | |
| Vivacqua, Elio, | ) | Chapter 13 |
| | ) | Hon. Carol A. Doyle |
| | ) | |
| Debtor. | ) | Date: 4/13/2021 at 9:30 AM |

### ALSJ, Inc. MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY and TO SHORTEN NOTICE

NOW COMES a creditor in this matter, ALSJ, Inc., ("ALSJ") by and through its attorneys Helena Milman and Peter L Berk of O'Keefe, Rivera & Berk, LLC, and moves this court to enter an order granting its motion for relief from the automatic stay as to real property and to shorten notice. In support of its motion, ALSJ states as follows:

1. This Chapter 13 Bankruptcy case was filed on February 4, 2019.

2. ALSJ holds a first priority mortgage on Debtor's property located at 1650 Riverwoods Drive, Unit 602, Melrose Park, IL 60160. ("Subject Property")

3. 2016 real estate taxes for this property have been sold, and ALSJ has just informed that the redemption period for these taxes is expiring on April 26, 2021.

4. Due to the delays caused by Covid-19 at the Cook County Clerk's office, ALSJ just received notice that it is not able to obtain a Certificate of Redemption without lifting stay on the Subject Property to redeem the 2016 real estate taxes.

5. While the Debtor's confirmed Plan seeks to repay sold taxes, it will not toll the redemption period.  In light of Debtor's prior failed bankruptcy cases, there's ample reason for concern that the Debtor may not be able to redeem the taxes through the Plan, and ALSJ will not have any recourse once the redemption period expires.

6. Therefore, ALSJ now brings this Motion for Relief from Stay on a short notice of 5 days to allow it the opportunity to redeem the sold taxes timely. At this time ALSJ is not moving to lift the stay as to the Subject Property as it relates to repayment of mortgage arrears or other claims.

7. ALSJ wishes to pay the sold taxes to protect its interest in the Subject Property.

8. Cause exists to grant ALSJ relief from the automatic stay due to a lack of adequate protection from the redemption period expiring on April 26, 2021. 11 U.S.C. § 362(d)(1).

WHEREFORE, ALSJ, Inc. prays that this Court grant relief from the automatic stay as to 1650 Riverwoods Drive, Unit 602, Melrose Park, IL 60160 PIN 15-02-200-069-1042, waive the fourteen-day period of Rule 4001, and for any further relief this Court deems just.

        Respectfully Submitted

        **ALSJ, INC.**

        By: /s/ Helena Milman
        One of its Attorneys

Peter L. Berk, Esq. #6274567
Helena Milman, Esq. # 6294473
O'KEEFE, RIVERA & BERK, LLC
55 W. Wacker Drive, Ste 1400
Chicago, Illinois 60601
312/758-1121