UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 19-02929
Elio Vivacqua )
) Chapter: 13
) Honorable Carol A. Doyle
)
)
Debtor(s) )

**ORDER DENYING MOTION FOR RELIEF FROM STAY
AS UNNECESSARY**

THIS CAUSE coming to be heard on ALSJ, Inc. MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO REAL PROPERTY and TO SHORTEN NOTICE, a secured creditor, for the reasons stated on the record:

IT IS HEREBY ORDERED:

1. The motion is denied as unnecessary. The automatic stay DOES NOT BAR a secured creditor from obtaining a tax redemption certificate and paying the taxes due for the year 2016 to protect its interest in the property at 1650 Riverwoods Drive, Unit 602, Melrose Park, IL 60160, P.I.N 15-02-200-069-1042.

2. Cook County is ORDERED to accept payment of taxes for this property from ALSJ or any other party in a timely manner that permits the taxes to be redeemed before the redemption deadline. The County's policy of not accepting such payments is based on an erroneous interpretation of how the automatic stay applies that could result in the improper denial of the timely exercise of the right to redeem taxes.

3. The automatic stay will remain in effect and mortgage arrears will continue to be paid by the Chapter 13 Trustee for the property described as 1650 Riverwoods Drive, Unit 602, Melrose Park, IL 60160, as set forth in POC #5 filed 2/26/2019 and Section 3.2 of the confirmed Chapter 13 Plan.

4. The 14-day stay provision of Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure does not apply to this order so it is effective immediately.

5. Motion to Shorten Notice is Granted

Enter:

/s/ Carol Doyle

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: April 13, 2021

**Prepared by:**

O'Keefe, Rivera & Berk, LLC
55 W Wacker Drive
Suite 1400
Chicago, IL 60601
Phone: (312) 758-1121
Fax: (312) 212-5963